# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald Waterhouse,<br>　　　　　Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC,<br>　　　　　Defendant | Docket No. 3:22-cv-00874-MEM<br><br>(Judge Malachy E. Mannion)<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | *s/ Jakob Williams (with consent)* |
|---|---|
| Brett M. Freeman | Jakob Williams |
| Bar Number PA 308834 | Bar Number PA 329359 |
| FREEMAN LAW | Clark Hill |
| Attorney for Plaintiff | Attorney for Defendant |
| 210 Montage Mountain Road | Two Commerce Square |
| Moosic, PA 18507 | 2001 Market Street, Suite 2620 |
| P: (570) 589-0010 | Philadelphia, PA 19103 |
| F: (570) 456-5955 | P: 215-640-8534 |
| brett@freeman.law | F: 215-640-8501 |
| | jfwilliams@ClarkHill.com |